80160-439

**DAVID SEROR, SBN 67488**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**Tel: 310\ 551-3100**
**Fax: 310\ 551-0238**
Email: serortrustee@mdfslaw.com

**Chapter 7 Trustee**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>SHULMAN, DIANA WALLIS,<br><br>                Debtor. | CASE NO.: 1:99-bk-17148 KT<br>[CHAPTER 7]<br><br>NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO FRBP 3011 |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1021 in the sum of $10,805.48 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: October 29, 2007

_____
DAVID SEROR, Chapter 7 Trustee

- 1 -

1 | Claim # 3:

2 | First Select Corporation

3 | 4460 Rosewood Dr. Pleasanton, CA 94588

4 | Amount: $7,045.85

5 |

6 | Claim # 4:

7 | Salvo, Russell & Fichter

8 | 1767 Sentry Parkway West

9 | Blue Bell, PA 19422

10 | Amount: $553.64

11 |

12 | Claim # 9:

13 | North American Capital Corp.

14 | 45 Oak Street

15 | Buffalo, NY 14203

16 | Amount: $3,205.99

17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |