

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re ) Case No. SV99-17148KT
) ORDER TO PAY UNCLAIMED FUNDS
Diana Wallis Shulman )
)
)
)
)
Debtor (s) )
)

It appears that a check made payable to First Select Corporation in the amount of $7,045.85, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on November 2, 2007 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Credigy Receivables, Inc. for First Select Corporation c/o Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $7,045.85 to Credigy Receivables, Inc. c/o Dilks & Knopik, LLC, P.O. Box 2728, Issaquah, WA 98027-0125.

_____  05-07-2010
United States Bankruptcy Judge    Date

JUDGE - REV. 04/00